**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6241**

MOADIAN ELAM BRATTON-BEY,

             Plaintiff - Appellant,

        v.

JASON STRAUGHAN; CASEY DIAZ,

             Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District Judge.  (8:13-cv-01964-DKC)

Submitted:  October 30, 2015          Decided:  February 9, 2016

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Moadian Elam Bratton-Bey, Appellant Pro Se.  Patricia Prestigiacomo Via, Chief, Christine M. Collins, Edward B. Lattner, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moadian Elam Bratton-Bey appeals the district court's orders denying relief on his complaint alleging claims under 42 U.S.C. § 1983 (2012) and Maryland state law and on his postjudgment motion seeking leave to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bratton-Bey v. Straughan, No. 8:13-cv-01964-DKC (D. Md. Jan. 31, 2014; Feb. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED